UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KINETIX REHAB SERVICES INC.; LEVEL 1 PHYSICAL THERAPY & REHAB LLC; LEVEL 1 HEALTH SYSTEMS, LLC; LEVEL 1 HEALTH SYSTEMS OF MICHIGAN, LLC; MICHIGAN FIRST REHAB, LLC; GREENFIELD AND 9 MILE MEDICAL CENTER PLLC; SELECT MEDICAL GROUP OF MICHIGAN PLLC; NORTHLAND HEALTHCARE SERVICES PLLC; NORTHLAND CHIROPRACTIC CENTRE P.C.; MOBILE MRI STAFFING, LLC; MOTION TRANSPORTATION INC.; DEHKO INVESTMENT, INC.; SOMERSET AUTO BODY OF MI, INC.; LINCOLN INTERNATIONAL LLC / 1-800-PAIN-800; NORMAN DEHKO; SABAH DEHKO; JORDAN DEHKO; ZAHIR SHAH, P.T.; NAJM-UL HASSAN; and GEOFFREY SAGALA, D.C.,<br><br>Defendants. | Case No. 2:20-cv-12783<br><br>Hon. Bernard A. Friedman<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MOBILE MRI STAFFING, LLC ONLY** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MOBILE MRI STAFFING, LLC ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendant Mobile MRI Staffing, LLC d/b/a Metro MRI Center ("Metro MRI") only, by and through their undersigned counsel, that Allstate's Complaint (*ECF No. 1*) be dismissed with prejudice as to Metro MRI without costs or fees of any kind to any party.  It is also hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 14th DAY OF DECEMBER, 2020:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company* | *Mobile MRI Staffing, LLC d/b/a Metro MRI Center* |
| By their Attorneys, | By its Attorneys, |
| /s/ Jacquelyn A. McEttrick<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>Andrew H. DeNinno<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | /s/ Peter W. Joelson<br>_____<br>Peter W. Joelson (P51468)<br>JOELSON, ROSENBERG, PLC<br>30665 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334<br>248-626-9966 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KINETIX REHAB SERVICES INC.; LEVEL 1 PHYSICAL THERAPY & REHAB LLC; LEVEL 1 HEALTH SYSTEMS, LLC; LEVEL 1 HEALTH SYSTEMS OF MICHIGAN, LLC; MICHIGAN FIRST REHAB, LLC; GREENFIELD AND 9 MILE MEDICAL CENTER PLLC; SELECT MEDICAL GROUP OF MICHIGAN PLLC; NORTHLAND HEALTHCARE SERVICES PLLC; NORTHLAND CHIROPRACTIC CENTRE P.C.; MOBILE MRI STAFFING, LLC; MOTION TRANSPORTATION INC.; DEHKO INVESTMENT, INC.; SOMERSET AUTO BODY OF MI, INC.; LINCOLN INTERNATIONAL LLC / 1-800-PAIN-800; NORMAN DEHKO; SABAH DEHKO; JORDAN DEHKO; ZAHIR SHAH, P.T.; NAJM-UL HASSAN; and GEOFFREY SAGALA, D.C.,<br><br>Defendants. | Case No. 2:20-cv-12783<br><br>Hon. Bernard A. Friedman<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MOBILE MRI STAFFING, LLC ONLY** |

4

# STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MOBILE MRI STAFFING, LLC ONLY

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendant Mobile MRI Staffing, LLC d/b/a Metro MRI Center only are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between these parties.

IT IS SO ORDERED.

Dated:  December 15, 2020
    Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge